1  Richard A. Solomon, SBN 82923
   Holly J. Nolan, SBN 140775
2  SOLOMON, GRINDLE, SILVERMAN & WINTRINGER
   A Professional Corporation
3  12651 High Bluff Drive, Suite 250
   San Diego, CA 92130
4  Tel. (858) 793-8500
   Fax (858) 793-8263
5  Richard@sgswlaw.com
   Hollyn@sgswlaw.com
6
   Attorneys for Defendants NORTHERN LEASING SYSTEMS,
7  INC., LEASE FINANCE GROUP, LLC, CIT FINANCIAL USA,
   INC., LEASE SOURCE, INC., and JAY COHEN
8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH CREAM, JR., AMANDA CREAM, CATHY CREAM and FERNANDO CARILLO,<br><br>            Plaintiffs,<br><br>v.<br><br>NORTHERN LEASING SYSTEMS, INC., LEASE FINANCE GROUP, LLC, EVO MERCHANT SERVICES, LLC, EVO PAYMENTS INTERNATIONAL, LLC, ALLEN & ASSOCIATES, LEASE SOURCE, INC., LEASE SOURCE-LSI, LLC, CIT FINANCIAL USA, INC., JAY COHEN,M PETER S. COHEN, RON G. ARRINGTON AND DOES 1-100,<br><br>            Defendants. | Case No.  C-15-01208 MEJ<br><br>**REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date:  June 25, 2015<br>Time:  10:00 a.m.<br>Ctrm:  B |

TO THE HONORABLE MAGISTRATE JUDGE MARIA-ELENA JAMES:

Counsel for Defendants NORTHERN LEASING SYSTEMS, INC., LEASE FINANCE GROUP, LLC, CIT FINANCIAL USA, INC., LEASE SOURCE, INC. and JAY COHEN, respectfully requests to appear telephonically at the Motion to Dismiss Plaintiffs' First Amended Complaint, set before this Court on June 25, 2015, at 10:00 a.m. for the following reasons.  Counsel's office is located in San Diego and it would be a burden for Defendants to incur the costs for transportation

1  to and from the hearing, as well as counsel's time for that travel.  Counsel therefore
2  respectfully requests that the Court grant its request.

3  Dated: May 1, 2015                    SOLOMON, GRINDLE, SILVERMAN
                                          & WINTRINGER, APC
4

5
                                    By:    s/   Richard A. Solomon
6                                          Richard A. Solomon
                                           Holly J. Nolan
7                                          Attorneys for Defendants NORTHERN
                                           LEASING SYSTEMS, INC., LEASE
8                                          FINANCE GROUP, LLC, CIT FINANCIAL
                                           USA, INC., LEASE SOURCE, INC., and
9                                          JAY COHEN

10

11
       Upon consideration of counsel's request, it is hereby ordered that counsel:
12
   __x__ may appear  _____ ~~may not~~ appear telephonically at the motion.
13

14
IT IS SO ORDERED.
15
Dated:  ___May 20, 2015_____        _____
16                                      Magistrate J                Court

17

18  GRANTED. Counsel shall contact
    the Courtroom Deputy, Rose Maher,
19  at 415-522-4708 prior to the
20  June 25, 2015 Motion hearing and
    provide the Court with a direct dial
21  number for the Court to contact counsel.
22  Counsel shall make himself available beginning at
23  10:00 a.m.  Counsel will be called in the order of
    the calendar, which may not be precisely at 10:00 a.m.
24

25

26

27

28