UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH CREAM, et al.,

    Plaintiffs,

  v.

NORTHERN LEASING SYSTEMS, INC., et al.,

    Defendants.

Case No.  15-cv-01208-MEJ

**ORDER VACATING CMC**

This matter is currently scheduled for a Case Management Conference on June 11, 2015. However, as there is a pending motion to dismiss, the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled, if necessary, after any pending motions are resolved.

**IT IS SO ORDERED.**

Dated: May 22, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge