*IT IS SO ORDERED*
*Judge Maria-Elena James*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

DATED: 8/11/2015

Request is GRANTED. The Docket Clerk shall Transfer the matter to the United States District Court/Southern District of New York, forthwith.

Evan Livingstone, SBN 252008
ATTORNEY AT LAW
740 4th St., Suite 215
Santa Rosa, CA 95404
Tel (707) 206-6570
Fax (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Plaintiffs Joseph Cream, Jr., Amanda Cream, Cathy Cream and Fernando Carillo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joseph Cream, Jr., Amanda Cream, Cathy Cream and Fernando Carillo<br><br>  Plaintiffs<br><br>  vs.<br><br>Northern Leasing Systems, Inc, Lease Finance Group LLC, EVO Merchant Services, LLC, EVO Payments International, LLC, Allen & Associates, Lease Source Inc., Lease Source-LSI, LLC, CIT Financial USA, Inc, Jay Cohen, Peter S Cohen, Ron G Arrington and Does 1-100<br><br>  Defendants | Civil Action No. C 15-01208 MEJ<br><br>**STIPULATION TO VENUE IN UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**<br><br>Date:   No Hearing Set<br><br>Time:   N/A<br><br>Dept.   B<br><br>Judge:  Maria-Elena James |

Plaintiffs JOSEPH CREAM, JR., AMANDA CREAM, CATHY CREAM and FERNANDO CARILLO and Defendants NORTHERN LEASING SYSTEMS, INC., LEASE FINANCE GROUP, LLC, CIT FINANCIAL USA, INC., LEASE SOURCE, INC. and JAY COHEN  herby stipulate that pursuant to 28 U.S. Code § 1406(a) and the Court's ruling on the Defendants' Motion to Dismiss/Transfer, the Court may transfer this case to the United States District Court, Southern District of New York.

1  It is so stipulated.

2  Dated: August 10, 2015                    /s/Evan Livingstone
                                             Evan Livingstone
3                                            Attorney for Plaintiffs
                                             JOSEPH CREAM, JR., AMANDA CREAM,
4                                            CATHY CREAM and FERNANDO CARILLO

5

6

7  Dated: August 10, 2015                    SOLOMON, GRINDLE, SILVERMAN
                                             & WINTRINGER, APC
8

9                               By:          /s/ Holly J. Nolan
                                             Richard A. Solomon
10                                           Holly J. Nolan
                                             Attorneys for Defendants NORTHERN LEASING
11                                           SYSTEMS, INC., LEASE FINANCE GROUP,
                                             LLC, CIT FINANCIAL USA, INC.,
12                                           LEASE SOURCE, INC. and JAY COHEN

13

14

15

16

17

18

19

20

21

22

23

24