1  Evan Livingstone, SBN 252008
   ATTORNEY AT LAW
2  740 4th St., Suite 215
   Santa Rosa, CA 95404
3  Tel (707) 206-6570
   Fax (707) 676-9112
4  Email: evanmlivingstone@gmail.com

5  Attorney for Plaintiffs Joseph Cream, Jr.,
   Amanda Cream, Cathy Cream and Fernando Carillo

6

7

8              **UNITED STATES DISTRICT COURT**

9             **SOUTHERN DISTRICT OF NEW YORK**

10 Joseph Cream, Jr., Amanda Cream,            Civil Action No. 15 Civ. 6456 (LGS)
   Cathy Cream and Fernando Carillo
11        Plaintiffs                           **NOTICE OF SETTLEMENT OF
                                               ENTIRE CASE**
12        vs.

13 Northern Leasing Systems, Inc, Lease Finance
   Group LLC, EVO Merchant Services, LLC, EVO
14 Payments International, LLC, Allen & Associates,
   Lease Source Inc., Lease Source-LSI, LLC, CIT
15 Financial USA, Inc, Jay Cohen, Peter S Cohen,
   Ron G Arrington and Does 1-100
16
         Defendants
17 _____

18 **TO THE COURT:**

19       Plaintiffs hereby submit this Notice of Settlement to notify the Court that the lawsuit has

20 been settled as to all parties and causes of action, and to request 45 days in which to file the

21 dismissal.

22

23 Dated: November 9, 2015          /s/ Evan Livingstone
                                    Evan Livingstone
24                                  Attorney for Plaintiffs