USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: November 10, 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSEPH CREAM JR., et al.,

                        Plaintiff(s),        15 Civ. 6456   (LGS)

      -against-                          ORDER

NORTHERN LEASING SYSTEMS, INC. et al.,

                      Defendant(s).
-------------------------------------------------------------X

LORNA G. SCHOFIELD, United States District Judge:

      The Court has been informed that the parties have reached a settlement in principle in this case.  Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days.  Any pending motions are DENIED as moot, and all conferences are CANCELLED.

SO ORDERED.

Dated: November 10, 2015
       New York, New York

                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE