# Evan Livingstone

## *ATTORNEY AT LAW*

740 Fourth St #215, Santa Rosa, CA 95404
Tel: (707) 206-6570 • Fax: (707) 676-9112
evanmlivingstone@gmail.com

December 10, 2015

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: __12/10/2015__

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     15 Civ. 6456 (LGS) Cream et al  v. Northern Leasing et al.
        Application to Restore Action to Court's Calendar or Extend Time to Restore Action

Dear Honorable Lorna G. Schofield United States District Judge:

I am attorney for Joseph Cream, Amanda Cream, Cathy Cream and Fernando Carillo, Plaintiffs in the above captioned case. On November 9, 2015, I informed the court that a settlement had been reached in this matter.

On November 10, 2015, the Court issued an order dismissing this action without cost and without prejudice to restoring the action to the Court's calendar provided the application to restore the action was made within 30 days.

Today is the thirtieth day since the Court's order was issued. Unfortunately, the parties have not been able to obtain all the necessary signatures on the settlement agreement.

Therefore, Plaintiffs ask the Court for an order granting the parties an additional 30 days in which to restore this action to the Court's calendar, during which time the parties will endeavor to finalize their settlement agreement.

Sincerely,

*Evan Livingstone*

Application GRANTED.  Any application to restore the action to the Court's calendar shall be made by January 11, 2016.

Dated:  December 10, 2015
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**