# Evan Livingstone
*ATTORNEY AT LAW*

740 Fourth St #215, Santa Rosa, CA 95404
Tel: (707) 206-6570 • Fax: (707) 676-9112
evanmlivingstone@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/28/2016
```

January 26, 2016

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Application GRANTED. The Clerk of Court is directed to re-open the docket. By February 3, 2016, the parties shall file a joint letter indicating whether they seek referral for mediation to the Court-annexed Mediation Program or how they wish to proceed.**

**Dated: January 28, 2016**

*[Signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:   15 Civ. 6456 (LGS) Cream et al. v. Northern Leasing et al.
      Application to Restore Action to Court's Calendar

Dear Honorable Lorna G. Schofield, United States District Judge:

I am attorney for Joseph Cream, Amanda Cream, Cathy Cream and Fernando Carillo, Plaintiffs in the above captioned case.

On November 9, 2015, I informed the court that a settlement had been reached in this matter. On November 10, 2015, the Court issued an order dismissing this action without prejudice to restoring the action to the Court's calendar provided the application to restore the action was made within 30 days.

On December 10, 2015, and January 11, 2016, I asked the court for an additional 30 days and 15 days, respectively, in which to apply to restore this action to the Court's calendar. The Court granted Plaintiffs' applications and gave the parties until today, January 26, 2016 to make an application to restore this matter to the Court's calendar.

I am sorry that I have wasted the Court's and Defendants' time by representing to the Court that the parties had reached a settlement in this case. I made a mistake by representing to Defendants' counsel that I had authority from my clients to settle this matter for the amount I agreed with Defendants counsel. Unfortunately, Plaintiffs have not agreed to the proposed settlement.

Therefore, at this time Plaintiffs are asking the Court to restore this action to the Court's calendar, so that the parties may proceed with litigation and/or mediation.

Respectfully,

*Evan Livingstone*

Evan Livingstone
Attorney for Plaintiffs Joseph Cream, Amanda Cream, Cathy Cream and Fernando Carillo